UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Tod Graham</u>

                v.           Civil No. 12-cv-496-SM

<u>US Social Security Administration</u>

<u>O R D E R</u>

On May 31, 2013, the defendant filed an Answer to the Complaint and the Administrative Record in this case. Pursuant to LR 9.1(b), within thirty (30) days after the administrative record is filed, plaintiff shall: (1) serve and file a Motion for Order Reversing Decision of the Commissioner or for Other Relief and a supporting memorandum; and, (2) serve on the defendant a proposed Joint Statement of Material Facts.

The thirty day deadline has passed and the plaintiff has failed to file his Motion for Order Reversing. The Court will allow a short extension for the plaintiff to file his motion, to July 22, 2013. On or before July 22, plaintiff Graham shall also serve on the defendant a proposed Joint Statement of Material Facts. Failure to comply with LR 9.1(b) or file a motion to extend by July 22, 2013, will result in the dismissal of this case without prejudice.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: July 12, 2013

cc: Tod Graham, pro se
    Robert J. Rabuck, Esq.