UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tod Graham

    v.

                Case No. 12-cv-496-SM

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration


O R D E R


The plaintiff having failed to comply with this court's Order entered on July 12, 2013, his complaint is hereby dismissed without prejudice for failure to comply with LR 9.1(b) or file a motion to extend time by July 22, 2013.

SO ORDERED.

                _____
                Steven J. McAuliffe
                United States District Judge

Date: July 29, 2013

cc: Tod Graham, pro se
   Robert Rabuck, AUSA